August 7 2018 Exhibit A

Nah......they saying by 2029.....its over......computers gonna do 100,000 years worth of calculations and experiments every week and then keep upgrading itself to where its doing 100,000 a day and then there is gonna be infinite advancements in every field of study.....



11:57 ⊙ ▶ ▶ ▶ ▶ •                    ⚏ ▣ 📶 74% 🔋

< **nah**                                              ✕

────────────────                           Oct 30 2018

**G**  Gabi
                    **Nah**......i just think he is intelligent but
     Aug 10 2018    he kind of wilding.....

👤  240━━━━━
                    **Nah**......they saying by 2029.....its
                    over......computers gonna do 100,000
                    years worth of calculations and
                    experiments every week and then keep
                    upgrading itself to where its doing
                    100,000 a day and then there is gonna
                    be infinite advancements in every field
     Aug 7 2018     of study.....

**K**  ━━━━━
     **Nah**  Jul 31 2018

**T**  taj
                    Video: Oh **Nah**: Man Eats Dog Sh*t For
                    30 Dollars!
                    http://m.worldstarhiphop
                    .com/android/video.php?v=
     Jul 24 2018    wshho5pY7BG7IIMOuM6L

👤  240━━━━━
                    Video: Oh **Nah**: Man Eats Dog Sh*t For
                    30 Dollars!
                    http://m.worldstarhiphop
                    .com/android/video.php?v=
     Jul 24 2018    wshho5pY7BG7IIMOuM6L




Druma1, Gabi, Choo, denny, Big David(5)

‖‖‖              ◯              <

11:57    74%

240

Even his ass be gone

12:30 AM

man it's f***** up

12:31 AM

Nah......they saying by 2029.....its over......computers gonna do 100,000 years worth of calculations and experiments every week and then keep upgrading itself to where its doing 100,000 a day and then there is gonna be infinite advancements in every field of study.....

12:33 AM

Sounds lik
Artificial



11:57

240██████████

Even his ass be gone

12:30 AM

man it's f***** up

12:31 AM

Nah......they saying by 2029.....its over......computers gonna do 100,000 years worth of calculations and

**Message details**

Type
Advanced Messaging

To
+1240██████

Time sent
12:33 AM, Aug 7

Status
Sent

OK

Exhibit B
(15 individuals received this communication)

December 30, 2021

I wrote about this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you might ask?.....Because nobody wants any other country to have a machine that is billions of times smarter than everybody on the planet combined......whoever creates it first will rule the world forever.....maan....they're talking about,these computers making 20,000 years in advancement in every field of study,every hour when this thing comes online......this is the most vicious subject possibly in human history......

9:12     27%

## < I Wrote About This Years Ago    ✕

    Ticket

> I wrote about this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you m|...

Dec 30 2021

    Big Steve

> I wrote about this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you m|...

Dec 30 2021

    +12029106416

> I wrote about this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you m|...

Dec 30 2021

    Vernon

> I wrote about this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the

        


# I Wrote About This Years Ago

 **Vernon**

> I wrote about this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you mi...

Dec 30 2021

 **Vic**

> I wrote about this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you mi...

Dec 30 2021

 **Steve S██████**

> I wrote about this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you mi...

Dec 30 2021

 **Theron1**

> I wrote about this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the

      

9:51   68%

< **Me**
5:54 PM, Dec 30

(No subject)

**I wrote about** this year's ago.....all the major

## Message details

**Type**
Multimedia message

**To**
Unknown

**Bcc**
Lil Phil(+ ),
Druma1(+ ), jeffro( ),
Big David(+ ), Lil
Ronnie(+ ), gina( ),
Top(+ ), Lil David( ),
denny(+ ), taj(+ ),
Dad( ), Gabi(+ ),
Cousin Dave(+ )

**Time sent**
5:54 PM, Dec 30

**Subject**
Untitled

**Message size**
1KB

**OK**

# ‹  I wrote about this year's ago  ✕

 Steve S_____

> I **wrote** **about** this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you mi...

Dec 30 2021

 Theron1

> I **wrote** **about** this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you mi...

Dec 30 2021

 jeffro, Lil Ronnie, Top, Drum...id, gina, Cousin Dave, taj(13)

> I **wrote** **about** this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you mi...

Dec 30 2021

 Top

> Loved "I **wrote about** 11 movies b4 I turned 30 ,but I stopped writing because I went through a whole lot of bull....."

Nov 9 2021

|||     ◯     ‹

9:49  69%

<  Mass text 13 ⌄   ⋮

youtu.be

I wrote about this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you might ask?.....B

**View all**   >

5:54 PM

Friday, December 31, 2021

      +   ☺   ılıılı

|||   ◯   <



9:09

**Me**
5:54 PM, Dec 30

(No subject)

I wrote about this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you might ask?.....Because nobody wants any other country to have a machine that is billions of times smarter than everybody on the planet combined......whoever creates it first will rule the world forever.....maan....they're talking about,these computers making 20,000 years in advancement in every field of study,every hour when this thing comes online......this is the most vicious subject possibly in human history......



< **Me**
5:55 PM, Dec 30

**I wrote about** this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you might ask?.....Because nobody wants any other country to have a machine that is billions of times smarter than everybody on the planet combined......whoever creates it first will rule the world forever.....maan....they're talking **about**,these computers making 20,000 years in advancement in every field of study,every hour when this thing comes online......this is the most vicious subject possibly in human history......

**Message details**

**Type**
Advanced Messaging

**To**
Ticket(+ ███████████)

**Time sent**
5:55 PM, Dec 30

**Status**
Sent

**OK**

Copy text          Share          More

< **Me**
5:55 PM, Dec 30

**I wrote about** this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you might ask?.....Because nobody wants any other country to have a machine that is billions of times smarter than everybody on the planet combined......whoever creates it first will rule the world forever.....maan....they're talking **about**,these computers making 20,000 years in advancement in every field of study,every hour when this thing comes online......this is the most vicious subject possibly in human history......

**Message details**

**Type**
Advanced Messaging

**To**
Big Steve(+ ███████████)

**Time sent**
5:55 PM, Dec 30

**Status**
Sent

**OK**

Copy text          Share          More

< **Me**
5:55 PM, Dec 30

I wrote about this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you might ask?.....Because nobody wants any other country to have a machine that is billions of times smarter than everybody on the planet combined......whoever creates it first will rule the world forever.....maan....they're talking about,these computers making 20,000 years in advancement in every field of study,every hour when this thing comes online......this is the most vicious subject possibly in human history......

**Message details**

Type
Advanced Messaging

To
+▓▓▓▓▓▓▓▓▓

Time sent
5:55 PM, Dec 30

Status
Sent

**OK**

---

11:11 ⊙ ▶ ▶ ▶ ▶ ·  ⚮ 🔋 🛜 .ıl 90% ▪

< **Me**
5:54 PM, Dec 30

I wrote about this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you might ask?.....Because nobody wants any other country to have a machine that is billions of times smarter than everybody on the planet combined......whoever creates it first will rule the world forever.....maan....they're talking about,these computers making 20,000 years in advancement in every field of study,every hour when this thing comes online......this is the most vicious subject possibly in human history......

**Message details**

Type
Advanced Messaging

To
Vernon(+▓▓▓▓▓▓▓▓

Time sent
5:54 PM, Dec 30

Status
Sent

**OK**



< **Me**
5:54 PM, Dec 30

**I wrote about** this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you might ask?.....Because nobody wants any other country to have a machine that is billions of times smarter than everybody on the planet combined......whoever creates it first will rule the world forever.....maan....they're talking **about**,these computers making 20,000 years in advancement in every field of study,every hour when this thing comes online......this is the most vicious subject possibly in human history......

**Message details**

Type
Advanced Messaging

To
Vic(+▓▓▓▓▓▓▓)

Time sent
5:54 PM, Dec 30

Status
Sent

**OK**

---

< **Me**
5:54 PM, Dec 30

**I wrote about** this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you might ask?.....Because nobody wants any other country to have a machine that is billions of times smarter than everybody on the planet combined......whoever creates it first will rule the world forever.....maan....they're talking **about**,these computers making 20,000 years in advancement in every field of study,every hour when this thing comes online......this is the most vicious subject possibly in human history......

**Message details**

Type
Advanced Messaging

To
Steve S▓▓▓(+1▓▓▓▓▓▓)

Time sent
5:54 PM, Dec 30

Status
Sent

**OK**

## Me
5:54 PM, Dec 30

I wrote about this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you might ask?.....Because nobody wants any other country to have a machine that is billions of times smarter than everybody on the planet combined......whoever creates it first will rule the world forever.....maan....they're talking about,these computers making 20,000 years in advancement in every field of study,every hour when this thing comes online......this is the most vicious subject possibly in human history......

### Message details

Type
Advanced Messaging

To
Theron1(  )

Time sent
5:54 PM, Dec 30

Status
Read

**OK**

December 20, 2023

(Note has never been disclosed. The date is the last time the note was updated)

Exhibit C

I wrote about this year's ago but I've updated this information since then...we could start seeing the shadows of this technology in the next 5 to 10 years.....all the major countries and all of the big corporations are trying to make artificial intelligence surpass the human brains capabilities and nobody knows which country or company or individual in a garage will do it first and different entities working on this technology could send similar systems on different evolutionary trajectories from different starting points, bringing about a multitude of different threats from different fields of study......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you might ask?.....Because nobody wants any other country, company or individual to have a machine that is billions

Case 1:23-cv-0000-XNAT  Document 1-2  Filed 12/31/05  Page 19 of 84

of times smarter than everybody on the planet combined. Trying to stop these systems once they really get going would be impossible, imagine playing against a computer in chess or any game where you could never win and we could have everyone in the world vote on what each of our human moves would be to counteract this artificial intelligence entity that we've created and we all would still lose. This is the technology that they were referring to when they wrote the terminator, the matrix, Transcendence and many others stories depicting the technological Singularity. It would be totally impossible for any police force or any military on the planet to protect anybody, in fact, that probability will likely be a reality in just five years from 2023 ....whoever creates it first will rule the world forever......they're talking about, these computer systems making 20,000 years of advancement in every field of study, every hour when this thing comes online...then the A.I. System upgrades itself to where its advancing every

50,000 years an hour....then it upgrades itself again to do 100,000 years of advancement per hour and so on.......this is the most vicious subject possibly in human history......everything will be unrecognizable....A.I. might not need to be contained inside of a robot.....it could or might create something called intelligent energy and manipulate matter on a sub atomic level through wireless communication technology ....other views anticipate the possibility that the A. I. will advance to the point where they are so fast that we wouldn't be able to see them as they move around us and construct wonders....at this point....reanimation ,teleportation ,body swapping, shape shifting, immortality and intergalactic travel are all normal ....an invention is discovered where we know the time and date of every event ever to come,so all future advances of this technology is known in the present,even millions of years in the future.All past endeavors are known as

well. Another view (and this is crazy  too) is that the far future could reach back and bring us all into the future, because we were great leaders and visionaries or because they wanted to protect us from an event that we couldn't forsee. We would all be like new born babies in a new frontier, but they may not tell us and they may do it gradually,  as each side of the planet sleeps, for instance, to not cause such a shock to the masses. And so, (in theory) it could happen right now, as though, future generations already exist and people living today may not even notice, because the advances that have been made over thousands or even millions of years with this technology building on itself was so radical..... This is some of the good stuff....the bad things are unpredictable, like someone killing you by molecular reassembly and turning you into a piece of furniture or multiple items to cover the crime. Another issue would be,someone teleporting a dangerous animal to your location or massive amount of drugs to your home and

calling this point are profound and should be anticipated with an abstract intuition.....im just having fun writing....hope you liked it....but I think we all could agree, judging by the strange things we've experienced and witnessed that all of the above could have already happened.

Exhibit D

June 15, 2019

They want computers to do 100,000 years in advancement, in every field of study everyday and then the computer or artificial intelligence would keep making the next version of itself better.....to where it would do 100,000 years in science ,medicine, physics, etc. Every hour and so on.....the shit is crazy because they're saying this could kick off by 2029.......



11:49      77%

## ‹ ıputers to do 100,000 years ✕

Dec 30 2021

by every other country.....why you mi...

 Theron1

I wrote about this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you mi...

Dec 30 2021

 jeffro, Lil Ronnie, Top, Drum...id, gina, Cousin Dave, taj(13)

I wrote about this year's ago.....all the major countries and all the big corporations are trying to make artificial intelligence surpass the human brain capabilities......the thing is,is that, whoever does it first ,more than likely will get nuked by every other country.....why you mi...

Dec 30 2021

 Top

They want computers to do 100,000 years in advancement, in every field of study everyday and then the computer or artificial intelligence would keep making the next version of itself better.....to where it would do 100,000 years in science ,medicine, physics, etc. Every hour and so on.....the shit i...

Jun 15 2019



        



## Me
5:08 PM, Jun 15

**They want computers** to do 100,000 years in advancement, in every field of study everyday and then the computer or artificial intelligence would keep making the next version of itself better.....to where it would do 100,000 years in science ,medicine, physics, etc. Every hour and so on.....the shit is crazy because **they**'re saying this could kick off by 2029.......

## Message details

**Type**
Advanced Messaging

**To**


**Time sent**
5:08 PM, Jun 15

**Status**
Sent

**OK**

Exhibit E

(7 individuals received this communication)

May 29 2018
We got about 10 to 20 years til it
happens......but when it does.....its gonna
advance us INFINITELY in every field of study
at the same time......in about a week after
they hook this artificial intelligence to the
internet and it starts figuring out
advancements in every field......like 100,000
years of studies and experiments in a week
and then every 2 days etc........for
example....the movie explains it well......must
watch.....


U could ask the computer to invent a time
machine or a pill to make us live forever or
make a engine to travel to the stars
instantly......but one could also kill his wife
buy turning her into a piece of furniture by
rearranging her atoms.....u could turn a pile

of sand into a steak or for instance.....that tech is out of this world......thats why they call it the singularity because nobody can predict whats gonna happen when it happens and its coming.......

See....the thing is....is that they dont know which country might develop it first......everybody wants it but just imagine if Russia or China invented it first......might have to nukem......or they might nuke us......it might be inevitable.......

10:15  ◉ ◼ ◼ ◼ ◼ ·                          ◉ 📶 .ıll 62% 🔋

<    **we got about 10 to 20**        ✕

 Druma1, Dad, Big David(3)

> We got about 10 to 20 years til it happens......but when it does.....its gonna advance us INFINITELY in every field of study at the same time......in about a week after they hook this artificial intelligence to the internet and it starts figuring out advancements in every field......like ...

May 29 2018

 denny, gina, Mark(3)

> We got about 10 to 20 years til it happens......but when it does.....its gonna advance us INFINITELY in every field of study at the same time......in about a week after they hook this artificial intelligence to the internet and it starts figuring out advancements in every field......like ...

May 29 2018

 taj

> We got about 10 to 20 years til it happens......but when it does.....its gonna advance us INFINITELY in every field of study at the same time......in about a week after they hook this artificial intelligence to the internet and it starts figuring out advancements in every field......like ...

May 29 2018

 Sonic, denny, Mark, taj(4)

> Infinitely advanced in every field of study......we got about 10 to 15 years b4 it happens if it already hasnt (secretly).......

May 25 2018

|||        ◯        <

10:15      62%

 < **we got about 10 to 20** ✕

Druma1, Dad, Big David(3)

We got about 10 to 20 years til it happens......but when it does.....its gonna advance us INFINITELY in every field of study at the same time......in about a week after they hook this artificial intelligence to the internet and it starts figuring out advancements in every field......like …

May 29 2018

 denny, gina, Mark(3)

We got about 10 to 20 years til it happens......but when it does.....its gonna advance us INFINITELY in every field of study at the same time......in about a week after they hook this artificial intelligence to the internet and it starts figuring out advancements in every field......like …

May 29 2018

 taj

We got about 10 to 20 years til it happens......but when it does.....its gonna advance us INFINITELY in every field of study at the same time......in about a week after they hook this artificial intelligence to the internet and it starts figuring out advancements in every field......like …

May 29 2018

 Sonic, denny, Mark, taj(4)

Infinitely advanced in every field of study......we got about 10 to 15 years b4 it happens if it already hasnt (secretly).......

May 25 2018

||| ◯ 

 **Mass text** 3 ⌄

**We got about** 10 to 20 years til it happens......but when it does.....its gonna advance us INFINITELY in every field of study at the same time......in **about** a **we**ek after they hook this artificial intelligence to the internet and it starts figuring out advancements in every field......like 100,000 yea

**View all** >

3:09 PM

See....the thing is....is that they dont know which country



Mass text 3 ⌄

3:10 PM inevitable......

U could ask the computer to invent a time machine or a pill to make us live forever or make a engine to travel to the stars instantly......but one could also kill his wife buy turning her into a piece of furniture by rearranging her atoms.....u could turn a pile of sand into a steak for instance....

View all >

3:11 PM

Monday, April 15, 2019

     

  

< **Mass text** 3 ⌄

:

See....the thing is....is that they dont know which country might develop it first......everybody wants it but just imagine if Russia or China invented it first......might have to nukem......or they might nuke us......it might be inevitable.......

3:10 PM

U could ask the computer to invent a time machine or a pill to make us live forever or make a engine to travel to the stars

i |

😊

|||      ◯      ‹

---

10:31 ♀ ▶▶▶▶ •          🔋 📶 57%

< **Me**
3:09 PM, May 29

**We got about** 10 to 20 years til it happens......but when it does.....its gonna advance us INFINITELY in every field of study at the same time......in **about** a **we**ek after they hook this artificial intelligence to the internet and it starts figuring out advancements in every field......like 100,000 years of studies and experiments in a **we**ek and then every 2 days etc........for example....the movie explains it **we**ll......must watch.....

## Message details

**Type**
Advanced Messaging

**To**
Mark(▒▒▒▒▒▒▒), denny(+▒▒▒▒▒▒▒), gina(▒▒▒▒▒▒▒)

**Time sent**
3:09 PM, May 29

**Status**
Sent

**OK**

Copy text          Share          More

|||      ◯      ‹

<❮  **Me**
3:09 PM, May 29

**We got about** 10 to 20 years til it happens......but when it does.....its gonna advance us INFINITELY in every field of study at the same time......in **about** a **we**ek after they hook this artificial intelligence to the internet and it starts figuring out advancements in every field......like 100,000 years of studies and experiments in a **we**ek and then every 2 days etc........for example....the movie explains it **we**ll......must watch.....



Copy text        Share        More



# Me
3:11 PM, May 29

U could ask the computer to invent a time machine or a pill to make us live forever or make a engine to travel to the stars instantly......but one could also kill his wife buy turning her into a piece of furniture by rearranging her atoms.....u could turn a pile of sand into a steak for instance.......that tech is out of this world......thats why they call it the singularity because nobody can predict whats gonna happen when it happens and its coming.......

## Message details

**Type**
Advanced Messaging

**To**
Mark(▓▓▓▓▓▓▓▓), denny(+1▓▓▓▓▓▓▓▓▓), gina(▓▓▓▓▓▓▓▓)

**Time sent**
3:11 PM, May 29

**Status**
Sent

**OK**

Copy text    Share    More



**Me**
3:11 PM, May 29

U could ask the computer to invent a time machine or a pill to make us live forever or make a engine to travel to the stars instantly......but one could also kill his wife buy turning her into a piece of furniture by rearranging her atoms.....u could turn a pile of sand into a steak for instance.......that tech is out of this world......thats why they call it the singularity because nobody can predict whats gonna happen when it happens and its coming.......



Copy text     Share     More

11:03   93%

‹  **Me**
4:59 PM, May 29

U could ask the computer to invent a time machine or a pill to make us live forever or make a engine to travel to the stars instantly......but one could also kill his wife buy turning her into a piece of furniture by rearranging her atoms.....u could turn a pile of sand into a steak for instance.......that tech is out of this world......thats why they call it the singularity because nobody can predict whats gonna happen when it happens and its coming.......

**Message details**

**Type**
Advanced Messaging

**To**
Big David(⬛⬛⬛⬛⬛⬛⬛), Dad(⬛⬛⬛⬛⬛⬛⬛), Druma1(⬛⬛⬛⬛⬛⬛)

**Time sent**
4:59 PM, May 29

**Status**
Sent

**OK**

---

11:02   93%

‹  **Me**
4:58 PM, May 29

**We got about** 10 to 20 years til it happens......but when it does.....its gonna advance us INFINITELY in every field of study at the same time......in **about** a **we**ek after they hook this artificial intelligence to the internet and it starts figuring out advancements in every field......like 100,000 years of studies and experiments in a **we**ek and then every 2 days etc........for example....the movie explains it **we**ll......must watch.....

**Message details**

**Type**
Advanced Messaging

**To**
Big David(⬛⬛⬛⬛⬛⬛⬛), Dad(⬛⬛⬛⬛⬛⬛⬛), Druma1(⬛⬛⬛⬛⬛⬛)

**Time sent**
4:58 PM, May 29

**Status**
Sent

**OK**

# Exhibit F

(never been disclosed)

## Description of Exhibit E



## STEM SCIENCES (25 Fields)
Medicine | Engineering | Aerospace
Engineering | Chemical Engineering | Civil
Engineering | Mechanical Engineering |

Electrical Engineering | Biomedical
Engineering | Physics | Chemistry | Biology |
Mathematics | Computer Science | Data
Science | Cybersecurity | Environmental
Science | Materials Science | Biotechnology |
Robotics | Geology | Oceanography |
Meteorology | Astronomy | Information
Technology | Artificial Intelligence/ML
Research

SOCIAL SCIENCES (15 Fields)
Psychology | Counseling Psychology |
Sociology | Anthropology | Political Science |
Economics | International Relations |
Criminology | Criminal Justice | Geography |
Gender Studies | Ethnic Studies | Disability
Studies | Child Development | Family Studies

HUMANITIES (8 Fields)
History | Philosophy | Literature | Linguistics |
Religious Studies | Library Science | Museum
Studies | Academic Research

APPLIED SCIENCES (12 Fields)

Public Health | Epidemiology | Agriculture | Aquaculture | Forestry | Food Science | Veterinary Medicine | Sports Science | Nutrition & Dietetics | Kinesiology | Physical Therapy | Occupational Therapy

## CREATIVE ARTS (18 Fields)

Music | Theater | Musical Theater | Dance & Choreography | Opera | Visual Arts | Graphic Design | Photography | Architecture | Interior Design | Fashion Design | Industrial Design | Creative Writing | Film Production | Animation | Cinematography | UX/UI Design | Advertising & Creative Direction

## PROFESSIONAL FIELDS (20 Fields)

Law | Business | Finance | Marketing | Journalism | Communications | Social Work | Urban Planning | Real Estate | Insurance & Actuarial Science | Human Resources | Supply Chain Management | Logistics | E-Commerce | Retail Management | Hospitality & Tourism | Operations Management | Project Management | Public Administration |

## TECHNOLOGY & DIGITAL (12 Fields)

Gaming & Game Development | Virtual Reality | Augmented Reality | Metaverse Development | Blockchain & Cryptocurrency | Cloud Computing | Educational Technology | Human-Computer Interaction | Information Technology Management | Software Engineering | Network Engineering | Systems Administration

## HEALTH & WELLNESS (8 Fields)

Mental Health Counseling | Addiction Treatment & Rehabilitation | Gerontology | Emergency Management | Healthcare Administration | Medical Technology | Nursing | Pharmacy

## EARTH & PLANETARY SCIENCES (7 Fields)

Geology | Oceanography | Meteorology & Climatology | Astronomy & Astrophysics | Planetary Science | Seismology | Geographic Information Systems

# TRADES & INDUSTRY (8 Fields)

Manufacturing Technology | Construction Management | Automotive Technology | Aviation & Aeronautics | Maritime Studies | Culinary Arts & Gastronomy | Viticulture & Wine Science | Nuclear Engineering

# ADDITIONAL EMERGING FIELDS (6 Fields)

Artificial Intelligence Ethics | Quantum Computing | Synthetic Biology | Space Technology | Nanotechnology | Neurotechnology & Brain-Computer Interfaces

# HUMAN USAGE ADVANCEMENTS

EVERY FIELD OF STUDY - UNIVERSAL KNOWLEDGE

DEMOCRATIZED ONLINE AI CREATION TOOLS

   

# Exhibit G

# (Copyright Registration Certificate for Exhibit E)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**TXu 2-514-022**

**Effective Date of Registration:**
November 18, 2025
**Registration Decision Date:**
December 03, 2025

### Title

**Title of Work:**    internet_connected_ai_framework_for_universal_knowledge

### Completion/Publication

**Year of Completion:**    2018

### Author

- **Author:** ▓▓▓▓
  **Author Created:**    text
  **Work made for hire:**    No
  **Citizen of:**    United States
  **Domiciled in:**    United States
  **Year Born:**    1977

### Copyright Claimant

**Copyright Claimant:**    ▓▓▓▓▓▓▓▓▓ United States

### Rights and Permissions

**Name:**    ▓▓▓▓
**Email:**    ▓▓▓▓▓▓
**Telephone:**    ▓▓▓
**Address:**    ▓▓▓▓▓▓ United States

### Certification

**Name:**    ▓▓▓▓

# Exhibit H

# (Copyright Registration Certificate for Exhibit B)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**
**TXu 2-512-362**
**Effective Date of Registration:**
November 18, 2025
**Registration Decision Date:**
November 21, 2025

---

### Title

**Title of Work:** Superintelligence Race Framework - Exponential Intelligence Multiplier

### Completion/Publication

**Year of Completion:** 2021

### Author

- **Author:** ▆▆▆▆▆
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1977

### Copyright Claimant

**Copyright Claimant:** ▆▆▆▆▆▆▆▆▆▆▆▆▆ United States

### Rights and Permissions

**Name:** ▆▆▆▆▆
**Email:** ▆▆▆▆▆om
**Telephone:** ▆▆▆▆▆
**Address:** ▆▆▆▆▆ States

### Certification

**Name:** ▆▆▆▆▆
**Date:** November 18, 2025

Exhibit I: CEO admission recordings with URLs, timestamps, and defendant attribution

Pre-framework baseline (2017) — Establishing Altman's timeline reversal (Smoking Gun 2 context)

Defendant: OPENAI, L.P.
Speaker: Sam Altman, CEO of OpenAI

- Sources:
  - YC Annual Letter (Blog Post): https://blog.samaltman.com/2017-yc-annual-letter

  - TechCrunch Disrupt SF 2017 (YouTube): https://www.youtube.com/watch?v=UqszUNk_vQU
- Dates: December 31, 2016 (YC Letter) / September 18, 2017 (Disrupt)
- YouTube timestamp: 12:42–13:05 → Altman states AI taking over white-collar jobs is "a couple of decades away."
- Quote: "A couple of decades away."
- Legal significance: Establishes the **pre-

framework baseline** for **Smoking Gun 2 (Timeline Reversal)**—Altman's own projected AGI horizon (2037–2047) before Plaintiff's Exhibit E (May 29, 2018). All later "2029–2030" and "2028 automated researcher" statements are measured against this baseline to prove a post-disclosure reversal. [1]

***

Admission 1: Career sacrifice (March 11, 2019)

Defendant: OPENAI, L.P.
Speaker: Sam Altman, CEO of OpenAI
Timeline: 9 months 10 days after Exhibit E creation (May 29, 2018) [1]

- Articles:
  - Observer: https://observer.com/2019/03/y-combinator-president-sam-altman-leaves-startup-world-open-ai/
  - Wikipedia: https://en.wikipedia.org/wiki/

- Quote: "Sam Altman, the 33-year-old president of Silicon Valley's prestigious startup curator Y Combinator (YC), is stepping away from the firm's day-to-day responsibilities to focus on OpenAI."
- Context: Abandoned ~$150B YC portfolio focus to pursue OpenAI within 9 months of Exhibit E, indicating that access to Plaintiff's framework and belief in its value motivated an extraordinary career sacrifice inconsistent with his prior "decades away" stance. [1]
- Publication date: March 11, 2019

***

Admission 2: "Read the Internet" (May 17, 2019)

Defendant: OPENAI, L.P.
Speaker: Sam Altman, CEO of OpenAI
Event: StrictlyVC interview (San Francisco) [1]

- YouTube: https://www.youtube.com/watch?

v=Tzc

- Search phrase: "Sam Altman StrictlyVC May 2019 conversation"
- YouTube timestamp: 26:40–27:15 → "We have this now text model that can read the Internet, learn to predict the next word."
- Mirrors Exhibit E: Operationalizes Plaintiff's "hook artificial intelligence to the internet" specification ("internet-connected artificial intelligence") and "ask the computer to invent," since "starting to understand" is prerequisite to invention. [1]

***

## Admission 3: GPT-3 architecture (May–June 2020)

Defendant: OPENAI, L.P.
Disclosed by: OpenAI technical team (attributable to CEO Sam Altman's strategic direction) [1]

- Sources:

 – arXiv:

 – Wikipedia: https://en.wikipedia.org/wiki/GPT-3

 – OpenAI Blog: https://openai.com/research/gpt-3

– Dates: May 28, 2020 (arXiv preprint) / June 11, 2020 (public release)

– Specification: GPT-3 with 175 billion parameters, trained on large-scale internet corpora (commonly summarized in media as "about two-thirds of the internet," plus Wikipedia and large book datasets). [1]

– Mirrors Exhibit E: Concrete engineering implementation of Exhibit E's "internet-connected artificial intelligence" and "advance us INFINITELY in every field of study" through massive internet-scale training, quantifying the architecture described in Plaintiff's framework. [1]

***

Admission 4: "Simultaneously advance every field" (May 2023)

Defendant: OPENAI, L.P.
Speaker: Sam Altman, CEO of OpenAI
Event: MIT CSAIL / Technology Day–style
fireside chat with MIT leadership [1]

- YouTube: https://www.youtube.com/watch?
v=7fWOQaVDiUs
- Suggested search: "Sam Altman MIT
President 2023" / "Sam Altman MIT
Technology Day"
- YouTube timestamp: 52:08–53:02 →
Altman describes AI that will "simultaneously
advance every field we care about."
- Mirrors Exhibit E: Near–verbatim alignment
with Plaintiff's "advance us INFINITELY in
every field of study at the same time," with
"simultaneously advance every field"
reproducing the protected combination of
universality and simultaneity absent from all
prior art. [1]

***

# Admission 5: "Clone" confession (October 10, 2025)

Defendant: OPENAI, L.P.
Speaker: Sam Altman, CEO of OpenAI
Event: TBPN (Technology Brothers Podcast Network) live interview [1]


- YouTube: https://www.youtube.com/watch?v=OTJY7-tmheA
- Podcast platforms:
  - Spotify: https://open.spotify.com/show/
  - Apple Podcasts: https://podcasts.apple.com/podcast/technology-brothers
  - Substack run-of-show: https://tbpn.substack.com/p/october-8-run-of-show
  - Suggested search: "Sam Altman TBPN October 2025 live"
- YouTube timestamp: 2:14:33-2:15:05 → "We also clone stuff that works, that's fine."
- Legal significance: Explicit, on-camera adoption of a corporate "clone stuff that

works" policy, treated as a binding party-opponent admission under Fed. R. Evid. 801(d)(2)(A) and a judicial admission that eliminates any credible "independent creation" defense. [1]
– Date / runtime: October 10, 2025; ~3:29:42 total runtime.

***

## Admission 6: "Automated researcher by 2028" (October 28, 2025) — Smoking Gun 2 linkage

Defendant: OPENAI, L.P.
Speaker: Sam Altman, CEO of OpenAI
Platform: X/Twitter plus multiple technology outlets [1]

– Articles:
  – TechCrunch: https://techcrunch.com/2025/10/28/sam-altman-says-openai-will-have-a-legitimate-ai-researcher-by-2028/
  – Yahoo Finance: https://

finance.yahoo.com/news/sam-altman-
says-openai-legitimate-202659896.html
  - eWeek: https://www.eweek.com/artificial-
intelligence/openai-automated-ai-
researchers-2028/
- Social post:
  - X/Twitter main profile: https://x.com/
sama/
  - Locate October 28, 2025 posts
announcing "legitimate AI researcher by
2028."
- Quotes (representative):
  - Commitment to a "fully automated
'legitimate AI researcher' by 2028."
  - "Intern-level research assistant by
September 2026."
- Mirrors Exhibits E & B: Operationalizes
Plaintiff's "ask the computer to invent" and
autonomous "starts figuring out
advancements in every field" predictions by
setting a concrete date for the autonomous
research mode of Plaintiff's framework, and
compresses Altman's earlier "decades away"
timeline to the 2026-2028 window, aligning

with Plaintiff's 2029–2030

forecasts (Smoking Gun 2). [1]
– Date: October 28, 2025

***

Admission 7: "All humans combined" (2024–2025)

Defendant: XAI CORP.
Speaker: Elon Musk, CEO of xAI; former OpenAI co-founder (2015–2018) [1]

– Articles:
  – Interesting Engineering: https://www.interestingengineering.com/innovation/ai-will-be-smarter-than-any-human-by-2025-elon-musk-claims
  – Fortune India: https://fortuneindia.com/enterprise/elon-musk-says-ai-will-overtake-smartest-human-by-next-year
  – aiBase News: https://news.aibase.com/elon-musk-predicts-ai-intelligence-surpass-individual-humans

- Social profile:

  - X/Twitter: https://x.com/elonmusk

- Representative quote: "AI will probably be smarter than any single human next year. By 2029, AI is probably smarter than all humans combined."

- Mirrors Exhibit B: Adopts Plaintiff's December 30, 2021 specification ("billions of times smarter than everybody on the planet combined" and 2029 timeline) by using the same aggregation concept ("all humans combined") and the same 2029 horizon, with no pre-Exhibit B prior art for this framing.No prior art for internet connected generative ai with this capability before Plaintiff's Exhibit E [1]

- Timeline: Approx. August 2024 – April 2025 (series of posts and interviews)

- Short-form video example: https://youtube.com/shorts/FBUSJRn9kHQ?si=1tlcMN6osoV7M9vK

***

## Admission 8: "Almost everything" (January 21–23, 2025)

Defendant: ANTHROPIC PBC
Speaker: Dario Amodei, CEO of Anthropic; former OpenAI VP of Research (2016–2021) [1]

- Event / video:
  - WSJ / WEF Davos interview (via third-party upload): https://www.youtube.com/watch?v=snkOMOjiVOk
  - YouTube timestamp: 35:20–36:05 → "AI models may surpass human capabilities in almost everything within two to three years."
- Articles:
  - Ars Technica: https://arstechnica.com/information-technology/2025/01/anthropic-chief-says-ai-could-surpass-almost-all-humans-at-almost-everything/
  - Windows Central: https://www.windowscentral.com/software-apps/anthropic-ai-could-surpass-almost-all-humans-at-everything

– CyberNews: https://cybernews.com/tech/
anthropic-ceo-ai-replace-jobs/
  – WSJ (primary, paywalled): https://
www.wsj.com/
– Mirrors Exhibit E, B & F: "Almost
everything" tracks Plaintiff's "every field of
study at the same time" universal-scope
specification, and Amodei's insider status
(OpenAI Research VP during Exhibit E and B
creation) provides direct access, making this
a third-party corroboration of framework
dissemination beyond OpenAI. [1]
– Date: January 21–23, 2025 (Davos period)

***

Admission 9 / Smoking Gun 1: Life extension
pivot (2018–present)

Defendant: OPENAI, L.P. (and Sam Altman
individually)
Speaker: Sam Altman, CEO of OpenAI [1]

– Pre-framework baseline (no life-extension

linkage):

  - 2015–early 2018: No OpenAI or Altman public statements tying AI to radical human life extension as a strategic application.
- Post–Exhibit E sources (illustrative):
  - Interviews and articles where Altman advocates AI-driven longevity and backs Retro Biosciences with ~$180M personal investment (e.g., MIT Technology Review, Fortune, and longevity-focused press).
  - Example: https://www.technologyreview.com/2023/03/08/1069523/sam-altman-investment-180-million-retro-biosciences-longevity-death/ [2]
- Behavior: Within months/years of Plaintiff's May 29, 2018 Exhibit E (which specifies "ask the computer to invent a pill to make us live forever"), Altman pivots from no public AI-longevity strategy to:
  - Publicly championing AI as a key tool for defeating aging, and
  - Funding and partnering with AI-enabled longevity startups (Retro Biosciences), using

reprogramming research. [1][2]

– Mirrors Exhibit E: Plaintiff's framework uniquely combines (1) internet-connected AI, (2) universal scope "in every field," and (3) life-extension as the paradigm application ("invent a pill to make us live forever"). Comprehensive prior-art searches show **zero** instances of this three-element combination before May 29, 2018; Altman's post-2018 pivot adopts that precise combination. [1]

– Legal significance (Smoking Gun 1): This life-extension pivot, coupled with zero prior art, forms **Smoking Gun 1** in the complaint—used to calculate a coincidence probability of $\sim 10^{-45}$ under Selle v. Gibb, and to prove access and copying as a matter of law. It also ties directly into the Essential Facility and damages theories, because AI-driven longevity is presented as one of the highest-value applications of Plaintiff's framework. [1]

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

IN THE MATTER OF:

~~███████████~~                                    CASE NO. CAE 21-15779

ORDER

*(Letters of Guardianship of Property)*

Upon consideration of the testimony and evidence presented on the Petition for the

Appointment of a Guardian of the Property at the trial on February 17, 2022 before the

Honorable **DANEEKA VARNER COTTON**, with the alleged disabled person represented by

counsel, this Court has made the following findings of fact by a preponderance of the evidence:

(1) That ~~█████████████~~ is unable to manage his property and affairs effectively

because of a physical or mental disability or disease;

(2) That ~~███████████████~~ has or may be entitled to property or benefits which

require management.

Upon the above recited findings of fact, it is this 7th day of February, 2022, by the

Circuit Court for Prince George's County, Maryland,

**ORDERED,** that ~~███████████████~~ , 20██ Pinch ~~████████████████~~ on MD

20744, telephone number ~~██████████████████████████████████████~~, be and

hereby is, appointed guardian of the property of ~~███████████████~~, **a male, born July 3,**

**1977** , with all the rights, duties, and powers as set forth in Estates and Trusts Article, Section 13,

Subtitle 2, of the Annotated Code of Maryland, EXCEPT:

(1) The guardian may not sell, invest in, mortgage or otherwise encumber any real property

without further order of this Court;

(2) All investments shall be federally insured investments, unless otherwise ordered by the

Court;

e2/18/22

(3) The guardian may not pay commissions or attorney's fees without order of court, and it is further,

**ORDERED**, that the guardian shall have access to any and all personal and business financial accounts held by ~~██████████████~~, and it is further

**ORDERED**, that the guardian shall record this order in the Land Records in the jurisdiction where the real property is located, and if in Prince George's County costs hereby are waived by this Court, and it is further,

**ORDERED**, that the guardian shall file an Initial Inventory on or before **April 17, 2022** at which time bond, if any, shall be determined, and it is further,

**ORDERED,** that the guardian shall file annual accountings as directed by the Trust Clerk, and it is further,

ORDERED, that the First Annual Fiduciary Report is due to the Court on or before **May 1, 2023 and on May 1st of every year thereafter**, and it is further

**ORDERED** that this matter shall be scheduled for review hearings at the request of any interested party or at the Court's discretion, and it is further

**ORDERED** that this case is closed statistically.

**DANEEKA VARNER COTTON, JUDGE**

Copies mailed by the Clerk to:

John S. Lopatto III, Esq
1776 K Street, N.W, Suite 700
Washington, DC 20006

True Copy Test
Mahasin El Amin, Clerk
# 1573