UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>OPENAI, L.P., *et al.*, )<br>)<br>Defendants. ) | Civ. No. 25-cv-4564 (UNA) |

## ORDER

It is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* [2] is GRANTED; it is further

ORDERED that the complaint and this civil action are DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that plaintiff's motions [3], [4], and [5] are DENIED WITHOUT PREJUDICE as moot.

The Clerk of Court shall TERMINATE this case.

This is a final appealable Order.

SO ORDERED.

DATE: January 29, 2026

JAMES E. BOASBERG
Chief Judge